**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: May 04 2022

**KEVIN P. WEIMER**, Clerk

By: s/Kevin Morris
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:22-MJ-384 |
| DION MARQUISE HAYES | |

### Order

It is hereby ordered that the **Complaint** in the above-styled case be unsealed this __4th__ day of May, 2022.

_____
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE

Presented by:
Ryan K. Buchanan, United States Attorney