FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 04 2022

KEVIN P. WEIMER, Clerk
By: /s/ Scott, Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

Dion Marquise Hayes
Plaintiff,

v     Case Number: 1:22-mj-384

UNITED STATES
of AMERICA
Defendant,

Affidavit of Specific
Negative averment
coupled with Interest

From: The Office of DION MARQUISE HAYES

## AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT COUPLED WITH INTEREST

[sent with Notice and Demand]

**Exhibit III: Re: DION MARQUISE HAYES TRUST ESTATE Instrument – AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT: No 42DASNA**

1:22-mj-384

Apr 4, 2022

**Re:** AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT No. 42DASNA

The undersigned, Dion Hayes, hereinafter "Affirmant", does solemnly affirm, declare and state as follows:

1. Affirmant is competent to state the matters set forth herein.

2. Affirmant has knowledge of the facts stated herein.

3. All the facts herein are true, correct, complete and admissible as evidence, and if called upon as a witness, Affirmant will testify to their veracity.

Plain Statement of Facts

4. Affirmant sees no verifiable evidence that the oath of office of each sworn public servant that is a Respondent in the NOTICE OF WRIT OF APPEAL (sent with accompanying Affidavit of Specific Negative Averment) is not accepted and that said Respondents are not commanded to honor their/his/her oath and uphold and protect the rights of the Affirmant and Affirmant believes no evidence to the contrary exists.

5. Affimant sees no verifiable evidence that Respondent(s) offer(s) and any and all future offers related to installation and/or implementation of the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123(-WMR) any and all securities categorically on, at, above or below any property, including and without limitation, the public property and the Affirmant's private property, are not rejected and Affirmant believes no evidence to the contrary exists.

6. Affimant sees no verifiable evidence that any and all installation of the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123(-WMR) any and all securities categorically does not directly and indirectly infringe upon the Affirmant's unalienable rights under the natural law, inalienable rights under the common law and any legal rights Affirmant may possess, as described in Recession of signature accompanying this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and Affirmant believes no evidence to the contrary exists.

7. Affirmant sees no verifiable evidence that the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123 any and all securities categorically is not injurious to the Affirmant and not injurious to nature itself including, and not limited to, other natural men and women, and bees, birds and natural ecosystems in, on or above the public property and/or the private property (including, without limitation, the Affirmant's private property) and Affirmant believes no evidence to the contrary exists.

8. Affirmant sees no verifiable evidence that any attempt to install any Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123 any and all securities categorically anywhere within, on or above the public property and/or the private property (including, without limitation, the Affirmant's private property) will not constitute criminal trespass, stalking, wiretapping, battery and assault et al. for which Respondent(s) will be held personally liable under the natural law, under the organic law of the land [common law] and commercially liable to the full extent possible in the Respondent(s) commercial capacity and Affirmant believes no evidence to the contrary exists.

9. Affirmant sees no verifiable evidence that any injuries to the physical body of the natural living undersigned man (or woman) resulting from unlawful exposure to the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123 any and all securities categorically does not create the corpus dilecti necessary for the establishing of criminal intent on the Respondent(s) part and Affirmant believes no evidence to the contrary exists.

10. Affirmant sees no verifiable evidence that Respondent(s) failure to cease and desist from installing/implementing and/or causing to be installed/implemented, the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123 any and all securities categorically , will not make Respondent(s) liable for trespass, injury, conspiracy against rights, crimes against nature, recklessness, deprivation of rights under color of law et al. and will not make Respondent(s) liable for penalties owing to the Affirmant in amounts ranging from $100,000.00 and up to $300,000,000.00 United States Dollars per occurrence and Affirmant sees no verifiable evidence that terms of imprisonment may not apply to the Respondent(s) for failure to cease and desist and for failure to carry out the orders given to the Respondent(s) in "NOTICE OF WRIT OF APPEAL AND ACCOMPANYING WRIT OF APPEAL and, " RESCISSION OF SIGNATURE accompanying this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and Affirmant believes no evidence to the contrary exists.

11. Affirmant sees no verifiable evidence that the Respondent(s) have not violated the truth in lending act in its original lawful capacity 1976 resulting from and arising from CASE NO 1:2020-CR-000123(-WMR) any and all securities categorically and Affirmant believes no evidence to the contrary exists.

12. Affirmant sees no verifiable evidence that the Respondent(s) have not violated the full disclosure in its original lawful capacity resulting from and arising from CASE NO 1:2020-CR-000123(-WMR) any and all securities categorically and Affirmant believes no evidence to the contrary exists.

13. Affirmant sees no verifiable evidence that the Affirman is not a beneficiary of the State of Michigan coupled with interest and Affirmant believes no evidence to the contrary exists.

14. Affirmant sees no verifiable evidence that the Affirman is not a citizen of the State of Michigan and Affirmant believes no evidence to the contrary exists.

15. Affirmant sees no verifiable evidence that the Affirman is not a citizen, beneficiary of the State of Michigan; State of Michigan Constitution ; the bill of rights of the State of Michigan, coupled with interest, therefore and Affirmant believes no evidence to the contrary exists.

16. Affirmant sees no verifiable evidence that the Affirman is not a beneficiary of the Trust Estate DION MARQUISE HAYES coupled with interest and Affirmant believes no evidence to the contrary exists.

17. Affirmant sees no verifiable evidence that the Affirman is not a citizen, beneficiary of the State of Michigan; trust eState, State of DION MARQUISE HAYES , as such Liability for Intentional Actions: 42 U.S.C. § 1983 (1871) has not been violated, as the judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any foreign state, estate, or such trust resulting from and arising from and Affirmant believes no evidence to the contrary exists.

42DASNA

18. Affirmant sees no verifiable evidence that the Affirman has not appeared as a special guest beneficiary of the Trust Estate DION MARQUISE HAYES to make presentments on behalf of DION MARQUISE HAYES, thus Affirmant see no verifiable evidence that Affirmant has appeared in court; and Affirmant believes no evidence to the contrary exists.

19. Affirmant sees no verifiable evidence that United State Attorney and assigns were at the alleged scenes referenced in Case 1:20-cr-00123(-WMR-LTW) and Affirmant believes no evidence to the contrary exists.

20. Affirmant sees no verifiable evidence that United State Attorney and assigns were at the alleged scenes referenced in Case 1:20-cr-00123[UMA]/(-WMR-LTW) Document 19 and Affirmant believes no evidence to the contrary exists

21. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123[-UMA]/(-WMR-LTW) Document 8, was not signed nor dated by the clerk, therefor not lawful record, Which also violated the 1976 truth and lending act for failure to disclose transaction with the individual which the security was issued for and under and Affirmant believes no evidence to the contrary exists.

22. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123 -WMR-LTW Document 19, was not signed nor dated by the clerk, therefor not lawful record, Which also violated the 1976 truth and lending act for failure to disclose transaction with the individual which the security was issued for and under and Affirmant believes no evidence to the contrary exists.

23. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123-WMR-LTW Document 19 arrest was not made before this warrant was issued which constitutes kidnapping, unlawful arrest, unlawful detainer and Affirmant believes no evidence to the contrary exists.

24. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123-WMR-LTW Document 97 was not done so without disproving points 13 through 18 and Affirmant believes no evidence to the contrary exists.

25. Affirmant sees no verifiable evidence that Prima Facie evidence is admissible, as factual or law evidence and Affirmant believes no evidence to the contrary exists.

26. Affirmant sees no verifiable evidence that all criminal issues, matters, are not civil matters categorically and Affirmant believes no evidence to the contrary exists.

27. Affirmant sees no verifiable evidence that all criminal issues, matters, are not only prima facie evidence and Affirmant believes no evidence to the contrary exists.

28. Affirmant sees no verifiable evidence that as the court, the attorney, the USA have no jurisdiction and standing of which is immediate cause and grounds for dismissal without prejudice, this Affirmant moves the court to do so and Affirmant believes no evidence to the contrary exists.

27. Affirmant sees no verifiable evidence that Affimant should not be released from probation immediately without prejudice, without leeve under Affirmant's own recognisance and Affirmant believes no evidence to the contrary exists.

29. [reserved]

42DASNA

18. Affirmant sees no verifiable evidence that the Affirman has not appeared as a special guest beneficiary of the Trust Estate DION MARQUISE HAYES to make presentments on behalf of DION MARQUISE HAYES, thus Affirmant see no verifiable evidence that Affirmant has appeared in court; and Affirmant believes no evidence to the contrary exists.

19. Affirmant sees no verifiable evidence that United State Attorney and assigns were at the alleged scenes referenced in Case 1:20-cr-00123(-WMR-LTW) and Affirmant believes no evidence to the contrary exists.

20. Affirmant sees no verifiable evidence that United State Attorney and assigns were at the alleged scenes referenced in Case 1:20-cr-00123[UMA]/(-WMR-LTW) Document 19 and Affirmant believes no evidence to the contrary exists

21. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123[-UMA]/(-WMR-LTW) Document 8, was not signed nor dated by the clerk, therefor not lawful record, Which also violated the 1976 truth and lending act for failure to disclose transaction with the individual which the security was issued for and under and Affirmant believes no evidence to the contrary exists.

22. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123 -WMR-LTW Document 19, was not signed nor dated by the clerk, therefor not lawful record, Which also violated the 1976 truth and lending act for failure to disclose transaction with the individual which the security was issued for and under and Affirmant believes no evidence to the contrary exists.

23. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123-WMR-LTW Document 19 arrest was not made before this warrant was issued which constitutes kidnapping, unlawful arrest, unlawful detainer and Affirmant believes no evidence to the contrary exists.

24. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123-WMR-LTW Document 97 was not done so without disproving points 13 through 18 and Affirmant believes no evidence to the contrary exists.

25. Affirmant sees no verifiable evidence that Prima Facie evidence is admissible, as factual or law evidence and Affirmant believes no evidence to the contrary exists.

26. Affirmant sees no verifiable evidence that all criminal issues, matters, are not civil matters categorically and Affirmant believes no evidence to the contrary exists.

27. Affirmant sees no verifiable evidence that all criminal issues, matters, are not only prima facie evidence and Affirmant believes no evidence to the contrary exists.

28. Affirmant sees no verifiable evidence that as the court, the attorney, the USA have no jurisdiction and standing of which is immediate cause and grounds for dismissal without prejudice, this Affirmant moves the court to do so and Affirmant believes no evidence to the contrary exists.

27. Affirmant sees no verifiable evidence that Affimant should not be released from probation immediately without prejudice, without leeve under Affirmant's own recognisance and Affirmant believes no evidence to the contrary exists.

29. [reserved]

42DASNA

30. [reserved for errors and omissions]

31. Affirmant sees no verifiable evidence that Respondent(s) do not have twenty-one (21) days from delivery of the NOTICE AND DEMAND (sent with accompanying Affidavit of Specific Negative Averment) to either 1) carry out the order(s) and meet Respondent(s) obligations expressed in section 3 of the "NOTICE AND DEMAND", or, 2) respond to this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT on a point-by-point basis, via sworn responsive affidavit, under Respondent(s) full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading and Affirmant believes no evidence to the contrary exists.

I, _Dion Hayes_, Affirmant, upon my full unlimited commercial liability, do affirm and say that I have read the above AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and do know the contents to the very best of my knowledge to be true, correct, complete, and not misleading; the truth, the whole truth, and nothing but the truth.

_____, All Rights Reserved
c/o _____
_____, _____ [    ]

**Acknowledgment**

STATE OF Georgia        ) ss.:
COUNTY OF Fulton        )

On the 4 day of April in the year 2014, before me, the undersigned, personally appeared Dion Hayes, proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

42DASNA