FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 04 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

__Dion Marquise Hayes__
Plaintiff,

v    Case Number: 1:22-mj-384

__UNITED STATES__
Defendant,
of AMERICA

Notice of Rescission of signatures coupled with Interest

From: The Office of DION MARQUISE HAYES

## Notice of Rescission of Signatures Coupled With Interest
### Exhibit IV: Re: DION MARQUISE HAYES TRUST ESTATE Instrument —Notice of Rescission of Signatures Coupled With Interest: No 42DRS

Apr 4, 2022

**Re: Notice of Rescission of Signatures Coupled With Interest No. 42DRS**

**Notice of Rescission of Signatures Coupled With Interest**

Dion Marquise Hayes, GRANTOR/SOLE BENEFICIARY/
HOLDER IN DUE COURSE and Authorized Rep. for of
DION MARQUISE HAYES, E.I.N. 362191731
c/o Non-Domestic, Foreign Mail PMB MAILING Wayburn 11909, detroit
Michigan republic -- Without the U.S.
Zoning Improvement Plan "EXEMPT," (DMSM A010.1.2d)

362191731

ALL VENDORS/ALL GOVERNMENT ENTITIES, REAL, QUASI AND OTHERWISE, ALL 'TRADED AS' PRIVATE & PUBLIC CORPORATIONS. ALL ENTITIES IN THE PAST, CURRENT AND FUTURE.

Respondents

APRIL 5TH, 2022

RE: RESCISSION OF SIGNATURES / WAIVER OF BENEFITS/PRIVILEGES / DISSOLUTION OF ALL ADHESION/UNILATERAL CONTRACTS / REVOCATION OF POWER(S) OF ATTORNEY IMPLIED AND/OR EXPRESSED, REVOCATION OF ALL TRUSTS/CONTRACTS IMPLIED AND/OR EXPRESSED INCLUDING ALL INITIALS, MARKS, ETC ON ALL CONTRACTS FOR CAUSE 12 CFR 226,23 ALSO TILA 226.23 APP'X.

SWORN DECLARATION UNDER PENALTY OF PERJURY - ACTUAL AND CONSTRUCTIVE NOTICE - SELF-EXECUTING RESCISSION OF ALL SIGNATURES, WAIVER OF BENEFITS & PRIVILEGES, DISSOLUTION OF ADHESION/UNILATERAL, ALL CONTRACTS, REVOCATION OF POWER(S) OF ATTORNEY, REVOCATION OF ALL TRUSTS/CONTRACTS.

Attention, NOTICE TO ALL VENDORS, PUBLIC & PRIVATE CORPORATIONS & GOVERNMENT AGENCIES:

I, Dion Marquise Hayes, THE GRANTOR/CREATOR of all Trusts/Contracts, a living man on the land until proven otherwise, do hereby rescind for cause of failure to disclose risks, perils, responsibilities, lack of valuable consideration, as well as non-disclosure of material facts including, but not limited to the fact that the "Borrower/Trustee in Error," DION MARQUISE HAYES by and through the undersigned's signature, created the energy for the credit used to fund all loans, taxes, services, CITY/COUNTY/STATE/

42DRS

FOREIGN PRINCIPALS and subsequent fraudulent pilferage/obtainage, all signatures executed in my natural and representative capacities without exception on any and all offers, trusts, documents, instruments, process and contracts between November, twenty fourth, Nineteen Ninety four through the date of this Actual and Constructive Notice through to the date of my natural death, issued to me or legal fiction, DION MARQUISE HAYES, in all matters with the exception of any/all signatures executed for the purpose of Accepting for Value any such offers, documents, instruments, process actions and/or proceedings. All such contracts, offers, documents, instruments, process, actions and or proceedings are hereby ACCEPTED FOR VALUE and/or RETURNED FOR FULL CREDIT, by notice all such acceptance signatures whether expressed or implied remain in full force and effect.

All unconscionable contracts/trusts are subject to rescission under the common law for failure to make the proper disclosures in order to constitute an acceptance, where there is no meeting of the minds there is no contract as required by CFR §226.23(b) (1) regarding notice of right to rescind as set forth in re Maxwell v. Fairbanks Capital Corporation, 281 B.R. 101, (2002); Banker. Lexis 759. The UCC addresses unconscionable in UCC §2-302.

I further waive and reject any and all benefits and/or privileges expressed, implied or otherwise arising from any such signatures, all resulting contracts, agreements or trusts resulting from force, under threat of being denied access to One's own credit among others, involuntary servitude and peonage by adhesion contract, committed against myself. Further, these adhesion contracts and any and all powers of attorney, contracts and all trusts whether expressed, implied or otherwise are hereby revoked, terminated, canceled nunc pro tunc from November, twenty fourth, Nineteen Ninety four to 100 years from today's date.

### SWORN UNDER PENALTY OF PERJURY DECLARATION

I hereby Declare & Swear that I did not in the past, do not now or in the future intend and never do intend to purposely or otherwise avail myself or be held in economic and/or involuntary servitude, peonage, slavery, benefits, privileges, titles of nobility, Trusteeship and/or opportunities offered.

### SWORN DECLARATION OF GRANTOR STATUS
### CLAIM OF SOLE BENEFICIARYSHIP OF ALL TRUSTS

I, Dion Marquise Hayes of the house of Hayes, herein "Affiant", the undersigned, being of sound mind and under no duress, being over the age of 18, do hereby certify, attest, affirm, Swear under Penalty of perjury and Declare that the following facts are true and correct, to wit:

1. As it has been declared and established by previous rescission of signature/ revocation of POA's (i.e. all grants of Power of Attorney) and Trusts public records doc #, I, Dion of the house of Hayes, am the GRANTOR/TRUSTOR/ SETTLOR/SOLE BENEFICIARY OF THE TRUST ESTATE OF DION MARQUISE HAYES, commonly known as DION MARQUISE HAYES;DION M HAYES; ;D.HAYES; HAYES, DION; HAYES, MARQUISE DION; HAYES, D.M..; HAYES, D.; DION MARQUIE HAYES; Dion Marquise Hayes; etc., I hereby declare, express and claim my GRANTOR status of THE TRUST ESTATE OF DION MARQUISE HAYES & all TRUSTS encompassing and self-executing.

2. Therefore, as all trusts/contracts are derivations of the aforementioned master THE TRUST ESTATE OF DION MARQUISE HAYES, OF WHICH I AM GRANTOR, Affiant asserts this Declaration. I, Dion Marrque Hayes of the house of Hayess; am the GRANTOR/TRUSTOR /SETTLOR/SOLE BENEFICIARY of the THE TRUST ESTATE OF DION MARQUISE HAYES and all trusts that sprang forth out of the original Trust and any/all Trusts created by me or created unbeknownst to me. As GRANTOR, I appoint myself Sole Beneficiary of all Trusts, As the GRANTOR/ CREATOR and Sole Beneficiary, I will be appointing Trustees as, if and when I see fit. Orders I give, the Trustees I appoint will follow my orders to the letter, period.

42DRS

3. There has been no other claimant known to Affiant, there never will be any other claimant for the GRANTORSHIP, TRUSTORSHIP/ SETTLORSHIP/ SOLE BENEFICIARYSHIP OF my THE TRUST ESTATE OF DION MARQUISE HAYES therefore I DEMAND all escrow (not services) be closed, assets liquidated and returned to me, the Grantor/Creator Settler/Sole Beneficiary & Holder in Due Course, immediately.

I now affix my autograph & seal to these Sworn under Penalty of Perjury Declarations, Rescissions of Signatures, Revocations of POA's & Revocations of all Trusts/Contracts.

Without Prejudice, Under Reserve,

by: _____
Office of trustee -Dion Hayes
Dion Marquise Hayes, GRANTOR, Auth Rep.
for, EIN# 36219173l

**JURAT**

STATE OF GEORGIA )
    ) ss For Verification Purposes Only
COUNTY OF Fulton )

SUBSCRIBED AND SWORN TO BEFORE ME on this __4__ Day of __April__, 2022, by Dion Marquise Hayes, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

_____ Seal
- Place Notary Signature Above -

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

**42DRS**